Memorandum Opinion issued January 16, 2003







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00598-CR

NO. 01-02-00599-CR

____________


JOHN SYLVESTER RICHARDSON, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 262nd District Court

Harris County, Texas

Trial Court Cause Nos. 893264, 893268 






MEMORANDUM OPINION

 Because no brief had been filed for appellant, on September 5, 2002, we abated
this appeal and ordered a hearing in the trial court. Among the issues the trial judge
was to consider was whether appellant desired to prosecute the appeal. The record
of that hearing has been filed in this Court. At the hearing, appellant stated that he
did not wish to pursue his appeal.

 No written motion to withdraw the appeal has been filed. See Tex. R. App. P.
42.2(a). However, we believe that good cause exists to suspend the operation of Rule
42.2(a) in this case in accordance with Rule 2. See Tex. R. App. P. 2. We have not
yet issued a decision. Accordingly, the appeal is dismissed. 

 The clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Nuchia, and Hanks. 

Do not publish.